PER CURIAM.

(No. 74-CC-219—Claimant )

WILLIAM O. STEWART, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed February 28, 1974.*

WILLIAM O. STEWART, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.